NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar No. 13644
SUPRIYA PRASAD
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
supriya.prasad@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COLBY MATTHEW OLEN,<br><br>Defendant. | 2:20-cr-00334-JAD-DJA<br><br>**STIPULATION TO QUASH WARRANT** |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Gabriel Grasso, counsel for Colby Matthew Olen, that the warrant entered on December 9, 2020 shall be quashed.

The Stipulation is entered into for the following reasons:

1. On November 25, 2020, a complaint and warrant was entered against defendant Colby Matthew Olen in case number 2:20-mj-01027-BNW.

2. Olen was subsequently arrested on November 27, 2020.

3. A detention hearing was held on December 1, 2020, and Olen was released subject to conditions.

4. On December 9, 2020, a federal grand jury returned an indictment against Colby Matthew Olen. A warrant was also issued.

5. The parties agree that the warrant entered on December 9, 2020 should be quashed.

DATED this 9th day of December 2020.

NICHOLAS A. TRUTANICH
United States Attorney

By _/s/ *Supriya Prasad*_____          By _/s/ *Gabriel Grasso*_____
SUPRIYA PRASAD                           GABRIEL GRASSO
Assistant United States Attorney         Counsel to Colby Matthew Olen

1

2

3

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

4

5   UNITED STATES OF AMERICA,                    2:20-cr-00334-JAD-DJA

6                    Plaintiff,                   **ORDER**

7        v.

8   COLBY MATTHEW OLEN,

9                    Defendant.

10

11

12        IT IS ORDERED that the warrant entered on December 9, 2020 shall be quashed.

13        Dated this _____10th_____ day of December 2020.

14

15                                    _____

16                                    HON. DANIEL J. ALBREGTS
                                      UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24