GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV 89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
Attorney for OLEN

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) vs. ) ) COLBY OLEN, ) ) Defendant. ) _____ ) | Case No.: 2:20-cr-00334-JAD-DJA **STIPULATION TO EXTEND TIME TO CONDUCT REVOCATION HEARING** |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Supriya Prasad, Assistant United States Attorney, and Gabriel L. Grasso, Esq, counsel for COLBY OLEN that the revocation hearing in the above-captioned matter, currently scheduled for Wednesday, July 14th at 11:00 a.m. be vacated and continued for two weeks.

The Stipulation is entered into for the following reasons:

1. The defense has reviewed the discovery in this case at the ICAC Task Force Offices the defense will require more time to confer with the defendant about the evidence in question.

2. Mr. OLEN is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

5. Denial of this request for continuance would result in a miscarriage of justice.

6. This is the second request for a continuance of the revocation hearing in this case.

DATED this 13th day of July, 2021.

| | |
|---|---|
| GABRIEL L. GRASSO, P.C.<br>Defense Counsel | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By _/s/ Gabriel L. Grasso_<br>GABRIEL L. GRASSO<br>Counsel for COLBY OLEN | By _/s/ Supriya Prasad_<br>SUPRIYA PRASAD<br>Assistant United States Attorney |

GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV 89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
Attorney for OLEN

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.: 2:20-cr-00334-JAD-DJA |
| vs. | |
| COLBY OLEN, | **ORDER** |
| Defendant. | |

## ORDER

THE DEFENSE will require more time to confer with the defendant about the evidence to be presented at the Revocation Hearing in this case.

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, July 14th at 11:00 am., be vacated and continued to Wednesday, July 28, 2021 at 10:00 am., in Courtroom 3A.

DATED this 14th day of July, 2021.

_____
NANCY J. KOPPE
MAGISTRATE DISTRICT COURT JUDGE