CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar No. 14853
SUPRIYA PRASAD
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
supriya.prasad@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00334-JAD-DJA |
| Plaintiff, | **STIPULATION TO ALLOW PRETRIAL SERVICES OFFICER TO APPEAR VIA VIDEO** |
| v. | |
| COLBY MATTHEW OLEN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Gabriel Grasso, Esq., counsel for Colby Matthew Olen, that pretrial services officer Jennifer Simone be permitted to appear via videoconference for the Revocation of Pretrial Release hearing scheduled for July 28, 2021 at 10:00 a.m. in Courtroom 3A of the Lloyd D. George Federal Courthouse in Las Vegas, Nevada.

The Stipulation is entered into for the following reasons:

1.  A hearing for the revocation for pretrial release is currently scheduled for July 28, 2021 at 10:00 a.m. in Courtroom 3A of the Lloyd D. George Federal Courthouse in Las Vegas,

1  Nevada.

2  2. Pretrial services officer Jennifer Simone is assigned to the Bruce R. Thompson
3  Federal Courthouse in Reno, Nevada.

4  3. The defendant does not object to the appearance of pretrial services officer
5  Jennifer Simone by video.

6  4. The parties do not object to the appearance of pretrial services officer Jennifer
7  Simone by video.

8

9  This is the first stipulation to continue filed herein.

10  DATED this 26th day of July, 2021.

11  CHRISTOPHER CHIOU
   Acting United States Attorney
12
   By /s/ Supriya Prasad                           By   /s/ Gabriel Grasso
13  SUPRIYA PRASAD                                 GABRIEL GRASSO
   Assistant United States Attorney               Counsel to Colby Matthew Olen
14

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

COLBY MATTHEW OLEN,

    Defendant.

Case No. 2:20-cr-00334-JAD-DJA

**ORDER**

IT IS ORDERED that the pretrial services officer Jennifer Simone be permitted to appear via videoconference for the Revocation of Pretrial Release hearing scheduled for July 28, 2021 at 10:00 a.m. in Courtroom 3A of the Lloyd D. George Federal Courthouse in Las Vegas, Nevada.

Dated this 27th day of July 2021.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

3